|   |   |
|---|---|
| ___ FILED | ___ RECEIVED |
| ___ ENTERED | ___ SERVED ON |
|   | COUNSEL/PARTIES OF RECORD |

JUN 29 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  Katherine F. Parks, Esq.
   State Bar No. 6227
2  Thorndal, Armstrong, Delk, Balkenbush & Eisinger
   6590 South McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  Attorneys for Defendant
   Lowe's HIW, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ERNESTINE STARR,

                Plaintiff,

vs.

LOWES HIW, INC., a foreign corporation;
and DOES I-XX,

                Defendants.

Case No. 3:09-CV-592-RCJ (VPC)

**ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, ERNESTINE STARR, and Defendant, LOWE'S HIW, INC., by and through their respective counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

Dated this 21st day of June, 2010.                Dated this 22nd day of June, 2010.

LAW OFFICES OF RANDOLPH WRIGHT        THORNDAL, ARMSTRONG, DELK,
                                                                                BALKENBUSH & EISINGER

By: _____               By: _____
Randolph Q. Wright, Esq.                                Katherine F. Parks, Esq.
241 Ridge Street, Suite 320                              State Bar No. 6227
Reno, NV 89501                                                 6590 South McCarran Blvd., Suite B
Phone:  786-4111                                                Reno, Nevada 89509
Fax:       329-5255                                                Phone: (775) 786-2882
E-Mail: randolphwright@rcwlaw.net              Fax: (775) 786-8004
Attorneys for Plaintiff                                         Attorneys for Defendant
Ernestine Starr                                                    Lowe's HIW, Inc.

IT IS SO ORDERED this 30th day of June, 2010.

_____
DISTRICT COURT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 South McCarran Blvd. Suite B
Reno, Nevada 89509
(775) 786-2882